```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
MONIQUE THACKER,                                                 :
                                                                 :
                                        Plaintiff,               :     1:22-cv-7120-GHW
                                                                 :
                    -v -                                         :     ORDER
                                                                 :
HSBC BANK USA, N.A,                                              :
                                                                 :
                                        Defendant.               :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2022

GREGORY H. WOODS, United States District Judge:

    As stated during the October 21, 2022 conference, Defendant is directed to file and serve its motion to dismiss no later than November 7, 2022. Plaintiff's opposition is due within twenty-one days after service of Defendant's motion; Defendant's reply, if any, is due within seven days after service of defendant's opposition. Additionally, for the reasons stated during the October 21, 2022 conference, the Court grants the parties' request to stay discovery until after the disposition of the motion to dismiss. *See* Dkt. No. 25 at 2. Finally, the initial pretrial conference previously scheduled for October 25, 2022, Dkt. No. 5, is hereby adjourned *sine die*.

    SO ORDERED.

Dated: October 21, 2022
       New York, New York

                                                  GREGORY H. WOODS
                                               United States District Judge