```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
MONIQUE THACKER,                                                  :
                                                                  :
                                        Plaintiff,                :      1:22-cv-7120-GHW
                                                                  :
                    -v -                                          :           ORDER
                                                                  :
HSBC BANK USA, N.A.,                                              :
                                                                  :
                                        Defendant.                :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2023

GREGORY H. WOODS, United States District Judge:

The Court will hold a status conference with respect to the parties' request to extend discovery, Dkt. No. 49, by telephone on August 31, 2023, at 4:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions.

SO ORDERED.

Dated: August 29, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge